```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 15518
    JAMIE ELAINE JONES
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-1868


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/27/2007 and was confirmed 10/17/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/23/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
NISSAN INFINITI           SECURED VEHIC        .00            .00            .00
NISSAN INFINITI           UNSECURED            .00            .00            .00
NISSAN                    NOTICE ONLY    NOT FILED            .00            .00
WELLS FARGO HOME MORTGAG  CURRENT MORTG        .00            .00            .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE        .00            .00            .00
WELLS FARGO HOME MORTGAG  NOTICE ONLY    NOT FILED            .00            .00
WELLS FARGO BANK          NOTICE ONLY    NOT FILED            .00            .00
WELLS FARGO HOME MORTGAG  NOTICE ONLY    NOT FILED            .00            .00
BRIAN J FRENCH DPM        UNSEC W/INTER  NOT FILED            .00            .00
CHALICE COLEMAN DDS       UNSEC W/INTER  NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSEC W/INTER  NOT FILED            .00            .00
ARNOLD SCOTT HARRIS       NOTICE ONLY    NOT FILED            .00            .00
CITY OF CHICAGO PARKING   NOTICE ONLY    NOT FILED            .00            .00
CITY OF CHICAGO BUREAU O  NOTICE ONLY    NOT FILED            .00            .00
DEPENDON COLLECTION       UNSEC W/INTER  NOT FILED            .00            .00
DEPENDON COLLECTION SERV  NOTICE ONLY    NOT FILED            .00            .00
HOLY CROSS HOSPITAL       UNSEC W/INTER     565.75            .00            .00
HOLY CROSS HOSPITAL       NOTICE ONLY    NOT FILED            .00            .00
MARQUETTE RADIOLOGY ASSO  UNSEC W/INTER  NOT FILED            .00            .00
MEDICAL COLLECTIONS SYS   UNSEC W/INTER  NOT FILED            .00            .00
MEDICAL COLLECTIONS SYST  NOTICE ONLY    NOT FILED            .00            .00
MICHAEL REESE             UNSEC W/INTER  NOT FILED            .00            .00
MICHAEL REESE HOSPITAL    NOTICE ONLY    NOT FILED            .00            .00
MICHAEL REESE HOSPITAL    NOTICE ONLY    NOT FILED            .00            .00
PATHOLOGY ASSOC OF CHICA  UNSEC W/INTER  NOT FILED            .00            .00
PELLETTIERI & ASSOC       UNSEC W/INTER  NOT FILED            .00            .00
PELLETTIERI & ASSOCIATES  NOTICE ONLY    NOT FILED            .00            .00
PELLETTIERI & ASSOCIATES  NOTICE ONLY    NOT FILED            .00            .00
TOOTH FAIR WORLD          UNSEC W/INTER  NOT FILED            .00            .00
TOOTH FAIR WORLD          UNSEC W/INTER  NOT FILED            .00            .00
MARY JONES                NOTICE ONLY    NOT FILED            .00            .00
NISSAN INFINITI           NOTICE ONLY    NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 15518 JAMIE ELAINE JONES
```

```
LEDFORD & WU              DEBTOR ATTY     1,726.00                   1,123.20
TOM VAUGHN                TRUSTEE                                       76.80
DEBTOR REFUND             REFUND                                          .00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                  1,200.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                   1,123.20
TRUSTEE COMPENSATION                                76.80
DEBTOR REFUND                                         .00
                      ---------------       ---------------
TOTALS                   1,200.00              1,200.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 04/23/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE